20180327114411

AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: **SUMMONS AND COMPLAINT, EXHIBITS**
EFFECTED (1) BY ME: **NUNO VEIGA**
TITLE: **PROCESS SERVER**

DATE: **4/5/2018 8:17:14 PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

JANAKIRAM AJJARAPU

Place where served:

1 TIFFANY WAY WARREN NJ 07059

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JANAKIRAM AJJARAPU

Relationship to defendant **SELF**

Description of Person Accepting Service:

SEX: M AGE: 36-50 HEIGHT: 5'9"-6'0" WEIGHT: 161-200 LBS. SKIN: BROWN HAIR: BLACK OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ ____.__ SERVICES $____.__ TOTAL $____.__

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4 / 6 / 20 18 __________ L.S.

SIGNATURE OF NUNO VEIGA
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ROSEMARY RAMOS 4/6/18
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 25, 2018

ATTORNEY: BRUCE A. SCHOENBERG, ESQ.
PLAINTIFF: MCKESSON CORPORATION
DEFENDANT: JANAKIRAM AJJARAPU
VENUE: DISTRICT
DOCKET: 3 18 CV 04132 AET TJB
COMMENT:

**Attempts**

3/27/2018 12:10:17 PM
3/27/2018 9:15:11 PM
3/28/2018 12:52:30 PM
3/28/2018 10:44:03 PM
3/29/2018 3:18:35 PM
4/4/2018 6:06:09 PM
4/4/2018 9:37:13 PM