

Kelly D. Schneid
Associate
NY & NJ Bars
Direct Dial: (516) 880-7253
Email: kschneid@moritthock.com

July 29, 2019

**Via ECF and Facsimile at (609) 989-2007**
Honorable Anne E. Thompson
Clarkson S. Fischer Federal Building & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

   Re: McKesson Corporation v. Janakiram Ajjarapu
     U.S.D.C., D.N.J. (Civil Action No. 3:18-CV-04132-AET-TJB)

Dear Judge Thompson:

   This firm represents plaintiff McKesson Corporation ("Plaintiff") in the above-referenced matter. Pursuant to Letter Order dated July 15, 2019 (Docket No. 34), Your Honor permitted Plaintiff to file its Reply in Further Support of its Motion for Summary Judgment along with its Statement of Undisputed Material Facts under Local Civil Rule 56.1 by July 16, 2019. In the Letter Order, Your Honor further permitted defendant Janakiram Ajjarapu ("Defendant") to "submit a response to the statement of undisputed material facts by July 23, 2019" (Docket No. 34), which date was extended to July 29, 2019 (Docket No. 38).

   It has come to my attention that Defendant just filed a Response to the Statement of Undisputed Material Facts (Docket No. 40) along with its own Statement of Disputed Material Facts, mistakenly titled "Defendant Janakiram Ajjarapu's Local Rule 56.1 Statement of Undisputed [sic] Material Facts" (Docket No. 39). To the extent that the Court shall permit Defendant's Statement of Disputed Material Facts to stand, Plaintiff respectfully requests that, pursuant to the plain language of Local Rule 56.1, which requires a movant to respond to any such supplemental statement, that Plaintiff be permitted until August 2, 2019 to submit this required response. If Your Honor has any questions, please contact me at any time.

                   Respectfully submitted,

*Denied. 7/30/19*
*Anne E. Thompson*

                             Kelly Schneid, Esq.

cc: Seema M. Singh, Esq. via email at seema@ssinghlaw.com