NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MCKESSON CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JANAKIRAM AJJARAPU,<br><br>　　　　　　　Defendant. | Civ. No. 18-4132<br><br>**ORDER & JUDGMENT** |

THOMPSON, U.S.D.J.

　　For the reasons stated in this Court's Opinion on this same day,

　　IT IS on this 8th day of August, 2019,

　　ORDERED that Plaintiff's Motion for Summary Judgment (ECF No. 26) is GRANTED; and it is further

　　ORDERED, ADJUDGED, and DECREED that JUDGMENT IS ENTERED in favor of Plaintiff and against Defendant in the amount of $8,740,459.06 plus post-judgment interest at the rate of 1.936%.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Anne E. Thompson
　　　　　　　　　　　　　　　　　　　　　　　　ANNE E. THOMPSON, U.S.D.J.